FILED
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY
DATE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| STEPHEN M. McGILL | CIVIL ACTION NO. 08-0923 |
|---|---|
| -vs- | JUDGE DRELL |
| CORRECTIONS CORP. OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that McGill's motion for a temporary restraining order and preliminary injunction (Doc. No. 6) is DENIED.

SIGNED on this 21 day of August, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE